

NUMBER 13-08-00707-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE GUARDIANSHIP OF RAQUEL CANTÚ DE VILLARREAL,
AN INCAPACITATED PERSON

On appeal from County Court at Law No. 2
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellant, Ignacio Villarreal Cantù, has filed a motion to dismiss his appeal. Appellees agree that the appeal should be dismissed.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent

agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

The motion for temporary relief and sanctions, previously filed by appellees, is DENIED. Appellees' motion to consolidate and dismiss, as it pertains to this cause, is likewise DENIED, as is their motion for oral argument.

PER CURIAM

Memorandum Opinion delivered and
filed this the 2nd day of April, 2009.